**ORDERED SEALED BY COURT** Unsealed on 3/20/08 by [signature]

FILED
2008 MAR 13 PM 3:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Magistrate Case No.
                          )
            Plaintiff,    )  08 MJ 0804
                          )
     v.                   )
                          )  ORDER SEALING SEARCH WARRANT;
22016 Lyons Valley Road   )  AND THE APPLICATION AND
Alpine, California        )  AFFIDAVIT FOR SEARCH WARRANT
                          )
            Defendant.    )
_____)

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: March 13, 2008

_____
HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

[signature]
_____
MITCHELL D. DEMBIN
Assistant U.S. Attorney