ORDERED SEALED BY COURT

Unsealed on 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 19 AM 10: 45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of

22016 Lyons Valley Road
Alpine, California

SEARCH WARRANT

CASE NUMBER: 08 MJ 0804

TO: Special Agent Mark Weber and any Authorized Officer of the United States:

Affidavit having been made before me by Special Agent Mark Weber of the Internal Revenue Service, Criminal Investigations who has reason to believe that on the premises known as:

See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely:

See Attachment B

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before **March 23, 2008** (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Hon. Anthony J. Battaglia, United States Magistrate Judge, as required by law.

Issued:

March 13, 2008 at 3:30 am/pm at San Diego, California

_____
HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| March 13, 2008 | March 18, 2008; 9:30 AM | Frank Kohl |

INVENTORY MADE IN THE PRESENCE OF: Frank Kohl

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached 4 pages.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  3/18/08

U.S. Judge or Magistrate Judge          Date

**ATTACHMENT A**

**LOCATION TO BE SEARCHED**

**22016 Lyons Valley Road, Alpine, CA**

The premises to be searched are located at 22016 Lyons Valley Road, Alpine, California. The property and its respective buildings are approximately ¼ mile down a dirt road off Lyons Valley Road. The entrance to the property's dirt road is off Lyons Valley Road and has a white wire fence with a wooden sign bearing the black numbers "22016". Proceeding up the dirt road, the east driveway closest to the outbuilding has a white sign with red print on a green gate which reads, "FRANK TURN LEFT HERE". The outbuilding is a one story brown wood building with brown trim. There is a deck-walkway leading to the front door which has porch lights on each side of the door.

While the above-described outbuilding is on the left after turning left at the gate, the main house is further up on the right. The main house is a single family residence that is further described as a two story brown colored stucco house with a white garage door. The residence is surrounded by a white vinyl fence with the numbers "22016" posted at the gate and entry to the driveway. The house has a tan colored shelter in the front yard along with several large boulders.

Attachment B

ITEMS TO BE SEIZED

Federal agents are authorized to search for evidence of violations of Title 18, United States Code, Sections 1344 (bank fraud), 1014 (false statements on loan applications) and 371 (conspiracy) committed with the assistance of Frank Kohl by manufacturing documentation, such as federal tax returns and other documents for submission to lenders by others. Authorization includes such evidence whether it is in physical or electronic form.  The seizure and search of computers and computer media will be conducted in accordance with paragraph 21 of the affidavit submitted in support of this warrant and includes deleted data, remnant data and data in slack space. Evidence to be seized specifically includes:

1. Any and all records, including records purporting to be Federal Income Tax Returns or Tax Information Returns for the corporations or persons listed below: Ben Coleman (aka Ben Rhone), Micah Bachman (aka Tyler Jefferies/Earl Rearick), Lorraine Heist, Justine Rice, Alan and Suzanne Achenbach, AARGI Management, Inc.; ACC Enterprises, Inc.; Administrative Management Services LLC; Advance Service Management; Assisted Business Living Services, Inc.; Assisted Living of America, Inc.; Atlantic Coast Funding; Bryan Swarthout, Inc.; BSI; Business Technologies, Inc.; Chameleon Enterprises; Contractorexam.com; Education Scientific Fun, Inc.; Enchante VIP; Enchante LLC; Enchanted Desert Holdings LLC; ESF Group; First Premier Management; Globaltek Financial Services, Inc.; Globaltek Services, Inc.; Imagine That, Inc.; Jasmine Tema Corporation; Micah Bachman LLC, National Service Providers, Inc.; National Solutions Providers, Inc.; New Century Business Services, Inc.; Pacific Rim Enterprises; Razz Management; REIT LLC; Richardson Communications, Inc.; Sarah Swarthout, Inc.; Trademark Development Partners, Inc.; and, Veon Corporation.

| CERTIFIED INVENTORY OF EVIDENCE | | | | SERIAL NUMBER |
|---|---|---|---|---|
| EVIDENCE HELD AGAINST: Frank Kohl | ☐ SPECIMEN | | CASE NO. | |
| | | | OFFICE | |
| EVIDENCE INVENTORIED BY | | | DATE OF INVENTORY | PAGE 1 OF 4 PAGES |
| SIGNATURE - SPECIAL AGENT  3/18/08 | | | REVIEWING SUPERVISOR | |
| SIGNATURE - WITNESS  Mark W.  3/18/08 | | | SIGNATURE                                            DATE | |
| | | | I certify the evidence described in the page(s) of this inventory, not otherwise disposed of per attached documentations, was verified for final retention at Forensic Services Division this date. | |
| | | | SIGNATURE - FORENSIC SERVICES DIVISION           DATE | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| A | 3/18/08 | 1 | THE MARLIN FIREARMS CO. 22 CAL RIFLE S/N 96301401 | TBD |
| | 3/18/08 | 1 | ROSSI CO. 22 CAL RIFLE S/N G147849 | TBD |
| | 3/18/08 | 1 | RICHARD ARMS CO. MODEL 200 410-GA DOUBLE BARREL SHOTGUN S/N CG87975 | TBD |
| | 3/18/08 | 1 | MOSSBERG MODEL 500E 410-GA SHOTGUN S/N 617467 | TBD |
| | 3/18/08 | 1 | HIGH STANDARD 22 CA REVOLVER MODEL R-10T S/N 1884438 | TBD |
| | 3/18/08 | 1 | DAN WESSON ARMS 22 CA REVOLVER S/N 22470 | TBD |
| | 3/18/08 | 1 | SMITH & WESSON MODEL 60 REVOLVER S/N 490714 38 SPECIAL | TBD |
| | 3/18/08 | 1 | SMITH & WESSON MODEL 10-5 REVOLVER S/N C900717 38 SPECIAL | TBD |
| | 3/18/08 | 1 | ½ BOX 38 SPECIAL AMMUNITION (50 RDS) (UNION METALLIC CARTRIDGE CO.) | TBD |
| | 3/18/08 | 4 | .22 LONG RIFLE (FEDERAL) BOXES AMMUNITION (525 ROUNDS/BOX) | TBD |
| | 3/18/08 | 1 | BOX 22 LONG RIFLE AMMUNITION BOX REMINGTON (525 ROUNDS/BOX) | TBD |
| A | 3/18/08 | 6 | BOXES WINCHESTER .22 LONG RIFLE AMMUNITION (100 RDS/BOX) | TBD |
| | | | TOTAL ▶ | |

UNITED STATES SECRET SERVICE     This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS     SSF 1544 (03/86)
A. TO FORENSIC SERVICES DIVISION UPON EXECUTION
PART 1

| | | | | | |
|---|---|---|---|---|---|
| **CERTIFIED INVENTORY OF EVIDENCE** | | | | | SERIAL NUMBER |
| EVIDENCE HELD AGAINST<br>Frank Kohl | | ☐ SPECIMEN | CASE NO. | | |
| | | | OFFICE | | |
| EVIDENCE INVENTORIED BY<br>*[signature]*   3/18/08<br>SIGNATURE - SPECIAL AGENT / DATE | | | DATE OF INVENTORY | PAGE 2 OF 4 PAGES | |
| | | | REVIEWING SUPERVISOR | | |
| *[signature]*   3-18-08<br>SIGNATURE - WITNESS / DATE | | | SIGNATURE / DATE | | |
| | | | I certify the evidence described in the page(s) of this inventory, not otherwise disposed of per attached documentations, was verified for final retention at Forensic Services Division this date. | | |
| | | | SIGNATURE - FORENSIC SERVICES DIVISION / DATE | | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| A | 3/18/08 | 2 | BOXES REMINGTON .22 HIGH VELOCITY Ammunition (50 RDS/BOX) | TBD |
| | 3/18/08 | 13 | LOOSE .22 LONG RIFLE ROUNDS | TBD |
| | 3/18/08 | 3 | LOOSE .22 LONG SHOT SHELL ROUNDS | TBD |
| | 3/18/08 | 2 | BOXES CCI .22 LONG SHOT SHELL ROUND (22 RNDS/BOX) | TBD |
| | 3/18/08 | 2 | BOXES CCI 38/357 SHOT SHELLS ROUND (10 RNDS/BOX) | TBD |
| | 3/18/08 | 5 | LOOSE 38/357 SHOT SHELLS ROUND | TBD |
| | 3/18/08 | 1 | BOX REMINGTON EXPRESS LONG RANGE 410-GA SHOTGUN SHELLS (25 RNDS/BOX) | TBD |
| A1 | 3/18/08 | 4 | BOXES FIOCCHI 410-GA SHOT GUN SHELLS (25 RNDS/BOX) | TBD |

TOTAL ➡

| | | | SERIAL NUMBER |
|---|---|---|---|
| **CERTIFIED INVENTORY OF EVIDENCE** | | | |
| EVIDENCE HELD AGAINST | ☐ SPECIMEN | CASE NO. | |
| Frank Kohl | | OFFICE | |
| EVIDENCE INVENTORIED BY | | DATE OF INVENTORY | PAGE 3 OF 4 PAGES |
| [signature] 3/18/08 | | REVIEWING SUPERVISOR | |
| SIGNATURE - SPECIAL AGENT         DATE | | | |
| [signature]      3/18/08 | | | |
| SIGNATURE - WITNESS               DATE | | SIGNATURE                                    DATE | |
| | | I certify the evidence described in the page(s) of this inventory, not otherwise disposed of per attached documentations, was verified for final retention at Forensic Services Division this date. | |
| | | SIGNATURE - FORENSIC SERVICES DIVISION       DATE | |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| A | 3/18/08 | 1 | Compaq Presario PC Model # SR5027CL S/N CNH70919YT | TBD |
| | 3/18/08 | 1 | White Tower Computer (Generic) S/N 1004036600018 | TBD |
| | 3/18/08 | 1 | Black Tower Computer Model # GQ640 S/N 95088W00008H7L800368 | TBD |
| | 3/18/08 | 1 | Western Digital Net Center External Stor. S/N WCAMR3727298 | TBD |
| | 3/18/08 | 1 | Western Digital External Storage S/N WCAPD2833350 | TBD |
| A | 3/18/08 | 5 | Thumb Drives | TBD |

# CERTIFIED INVENTORY OF EVIDENCE

SERIAL NUMBER

| EVIDENCE HELD AGAINST | ☐ SPECIMEN | CASE NO. |
|---|---|---|
| Frank Kohl | | |
| | | OFFICE |

| EVIDENCE INVENTORIED BY | | DATE OF INVENTORY | PAGE 4 OF 4 PAGES |
|---|---|---|---|
| *Mark Wilson* — SIGNATURE - SPECIAL AGENT | 3/18/08 DATE | REVIEWING SUPERVISOR | |
| *signature* — SIGNATURE - WITNESS | 3/18/08 DATE | SIGNATURE | DATE |

I certify the evidence described in the page(s) of this inventory, not otherwise disposed of per attached documentations, was verified for final retention at Forensic Services Division this date.

SIGNATURE - FORENSIC SERVICES DIVISION     DATE

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | VALUE |
|---|---|---|---|---|
| A | 3/18/08 | 1 | Folder in the name of Trademark contract containing misc documents (filing cabinets) | TBD |
| A | 3/18/08 | 1 | Folder in the name of Heist containing misc documents (filing cabinets) | TBD |
| A | 3/18/08 | 1 | Folder in the name of Rice containing misc documents (filing cabinets) | TBD |
| A | 3/18/08 | 1 | Fax transmission report (trash can) | TBD |
| A | " | 5 | 5 envelopes for L. Heist tax returns (shelf) | TBD |
| A | 3/18/08 | 1 | Letter dated 2/13/07 from Frank Koch C, Fox on top from Frank | A |
| A | 3/18/08 | 1 | One spiral note book. | |

TOTAL ➡