ORIGINAL

FILED

08 MAR 21 AM 11: 30

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  MITCHELL D. DEMBIN
   Assistant U.S. Attorney
3  California Bar Number 114017
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5558

6  Attorneys for Plaintiff
   United States of America
7

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,        )  Case No. 08 MJ 0804
12                                   )
                   Plaintiff,        )
13                                   )  EX  PARTE  MOTION  AND  ORDER  TO
         v.                          )  UNSEAL SEARCH WARRANT
14                                   )
                                     )
15  22016 Lyons Valley Road          )
    Alpine, California               )
16                                   )
                   Defendant.        )
17  _____)

18      The United States of America, through its attorneys, Karen P.

19  Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant U.

20  S. Attorney, moves this Court to unseal the search warrant, the

21  application for the search warrant, the return of the search warrant

22  and the affidavit in support of the search warrant in Magistrate Case

23  No. 08MJ0804 obtained and sealed on March 13, 2008, and executed

24  shortly thereafter.

25      In support of this Motion, counsel for the government states that

26  the need for continued secrecy has passed.

27      Accordingly, it is requested that the Court order that the search

28

                                                            08MJ0804

1  warrant materials in Magistrate Case No. 08MJ0804 be unsealed.

2

3  Dated: March 20, 2008

4

5                                    Respectfully submitted,

6                                    KAREN P. HEWITT
                                     United States Attorney
7

8                          By:      _____
                                    MITCHELL D. DEMBIN
9                                   Assistant U. S. Attorney

10

11                                **ORDER**

12  Upon motion of the United States, good cause appearing therefor,

13  **IT IS HEREBY ORDERED** that the search warrant materials in Magistrate

14  Case No. 08MJ0804 are unsealed.

15

16

17  Dated:                          _____

18                                  HONORABLE ANTHONY J. BATTAGLIA
                                    United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

08MJ0804